**Electronically Filed**
**Supreme Court**
**SCPR-21-0000684**
**22-DEC-2021**
**02:39 PM**
**Dkt. 6 OGP**

SCPR-21-0000684

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE CYNTHIA K. McNEFF, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition to resign and surrender license to practice law in the State of Hawai'i, filed by attorney Cynthia K. McNeff, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and the affidavits submitted in support thereof, we conclude that Petitioner McNeff has fully complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the

name of Petitioner McNeff, attorney number 7015, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, December 22, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins